JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONTRERAS, | Case No. CV 13-7406 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ARKANSAS BEST CORPORATION, et al., | |
| Defendants. | |

   IT IS ADJUDGED that the above-captioned action is dismissed as follows. Plaintiff's retaliation claim based on CBA-related negotiations is dismissed without prejudice. All other claims are dismissed with prejudice. The parties shall each bear their own fees and costs. Dated this 30th day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge